IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 3:05-CR-240-P |
| | ) |
| ALLIANCE PHARMACY SERVICES INC.(20) | ) |
| AMS PHARMACEUTICALS GROUP INC.(21) | ) |
| CARRINGTON HEALTH CARE SYSTEM INC.(22) | ) |
| DALAMAR SERVICES INC. (23) | ) |
| EAST POINTE PHARMACY SERVICES INC. (24) | ) |
| EVEREST SERVICES INC. (25) | ) |
| INFINITI SERVICES GROUP INC. (26) | ) |
| MED-CARE INFUSION SERVICES INC. (27) | ) |
| NATIONAL EXECUTIVE MANAGEMENT | ) |
| INC. (28) | ) |
| ORION PHARMACY SERVICES INC. (29) | ) |
| PRECISION PHARMACY SERVICES INC. (30) | ) |
| PREMIUM PHARMACY SERVICES INC. (31) | ) |
| QUANTUM INFUSION INC. (32) | ) |
| RELIANCE PHARMACEUTICAL INC. (33) | ) |
| SOUTHWEST INFUSION INC. (34) | ) |
| SWS PHARMACY SERVICES INC. (35) | ) |
| TEXAS HOME INFUSION LLC (36) | ) |
| TRI-PHASIC PHARMACY INC. (37) | ) |
| TRINITY INFUSION SERVICES INC. (38) | ) |
| TRINITY PHARMACY SERVICES INC. (39) | ) |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
<u>CONCERNING PLEA OF GUILTY</u>**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of

Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty and Defendant is hereby adjudged guilty. Sentence will be imposed in accordance with the Court's scheduling order.

SIGNED this 30th day of November 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE